

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00006-CV

### IN THE INTEREST OF A.F., A CHILD,

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. 32869-B**

### MEMORANDUM OPINION

A.M.F. attempts to appeal the trial court's order transferring a "Suit Affecting Parent-Child Relationship," originally filed in McLennan County, to Limestone County. In a letter dated January 16, 2024, the Clerk of this Court notified A.M.F. that the appeal was subject to dismissal because it appeared no final, appealable judgment or order had been signed by the trial court. *See* TEX. R. APP. P. 25.1(b), (d)(2); 26.1. *See also* TEX. FAM. CODE § 155.204(h) ("An order transferring or refusing to transfer the proceeding is not subject to interlocutory appeal.").

In the same letter, the Clerk warned A.M.F. that the appeal would be dismissed unless, within 10 days from the date of the letter, a response was filed with the Court showing grounds for continuing the appeal. More than 10 days have passed, and no

response has been filed. Accordingly, this appeal is dismissed.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; TEX. GOV'T CODE §§ 51.207(b); 51.208; § 51.941(a). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed February 8, 2024
[CV06]

